CHELSEA ASSOCIATES, LLC, et al., Respondents, v LAQUILA-PINNACLE, Defendant, and GERLING AMERICA INSURANCE COMPANY, Appellant.

Submitted October 24, 2005; decided December 20, 2005

Motion for leave to appeal denied upon the ground that an appeal lies as of right (*see* CPLR 5601 [a]).

In the Matter of WOODROW FLEMMING, Appellant, v ROBERT MORGENTHAU et al., Respondents.

Submitted August 29, 2005; decided December 20, 2005

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602).

ILIA JOSILEVICH, Appellant, v JAMES L. FORDE, ESQ., et al., Respondents, et al., Defendant.

Submitted October 31, 2005; decided December 20, 2005

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the nonfinal order of the Appellate Division entered in this action which is treated as if commenced in Civil Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]; *see also* CPLR 326 [b]).